# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ronald Lee Adams, | CASE NUMBER |
|---|---|
| Plaintiff(s)/Petitioner(s), | 2:21-cv-06903-JAK-SHK |
| v. | |
| California Department Corrections, et al., | ORDER DISMISSING CASE |
| Defendant(s)/Respondent(s). | |

**The Court previously received from** ☒ Plaintiff(s)/Petitioner(s) ☐ Defendant(s)/Respondent(s):

☐ an IFP Request with no accompanying Complaint/Petition/Notice of Removal.

☒ a Complaint/Petition/Notice of Removal without an accompanying IFP Request or payment of the filing fees.

☒ a Complaint/Petition/Notice of Removal with a partial filing fee payment for an amount less than the required $402.

The Court has sent Plaintiff several notices and orders, some with deadlines, to submit his <u>in forma pauperis</u> ("IFP") application or to pay the full filing fee.  <u>See</u>, <u>e.g.</u>, Electronic Case Filing Numbers ("ECF Nos.") 2, 4, 6, 8.  Plaintiff was also "expressly warned that his failure to timely comply with the[] Order[s] may result in denial of any [IFP] application and/or dismissal of this action for failure to prosecute or comply with court orders."  ECF No. 4, Order at 2.  Plaintiff, however, has not complied with these orders or notices and, critically, Plaintiff has now missed his most recent deadline of December 20, 2021 by roughly one month.  <u>See</u> ECF No. 8, Order at 2.  Accordingly, this case is HEREBY ORDERED

☒ DISMISSED.  No further filings shall be accepted under this case number.

IT IS SO ORDERED.

Dated: January 19, 2022

**Honorable John A. Kronstadt**
**United States District Judge**