1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11    RONALD LEE ADAMS,                      Case No. 2:21-cv-06903-JAK-SHK

12                        Plaintiff,
                                             **ORDER ACCEPTING FINDINGS**
13         v.                                **AND RECOMMENDATION OF**
                                             **UNITED STATES MAGISTRATE**
14    CALIFORNIA DEPARTMENT                   **JUDGE**

15    CORRECTIONS, et al.,

16                        Defendants.

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended

19   Complaint, the relevant records on file, and the Report and Recommendation of the

20   United States Magistrate Judge (the "R&R").  Plaintiff submitted a document,

21   which appears to be an acceptance of the R&R.  The Court accepts the findings

22   and recommendation of the Magistrate Judge.

23         IT IS THEREFORE ORDERED that Plaintiff's Eighth Amendment claims

24   against Defendants Associate Warden T. Lewandowski and Chief Deputy Warden

25   D. Ulstad are DISMISSED without prejudice and Plaintiff's claims against

26   / / /

27   / / /

28   / / /

Defendants Correctional Lieutenant H. Blagg and Associate Warden K. McQuard are DISMISSED with prejudice.

Dated:   October 19, 2023

_____
JOHN A. KRONSTADT
United States District Judge

2