UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE ADAMS,<br><br>                Plaintiff,<br><br>     v.<br><br>J. LEWIS, et al.,<br><br>                Defendants. | Case No. 2:21-cv-06903-JAK-SHK<br><br>**JUDGMENT**<br><br>JS-6 |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: March 19, 2025

_____
JOHN A. KRONSTADT
United States District Judge